# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KAREN ELIZABETH MURAWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:11-cv-00208 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Karen Elizabeth Murawski's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a supportive brief (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 17) recommending that the Motion should be denied (*id.* at 1). The Report was filed on December 27, 2011, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 22.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 17 day of January, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT